# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3130

_____

United States of America,    *
                             *
          Appellee,          *
                             *    Appeal from the United States
     v.                      *    District Court for the
                             *    Western District of Missouri.
Patricia D. Williams,        *
                             *    [UNPUBLISHED]
          Appellant.         *

_____

Submitted: February 6, 2009
    Filed:  February 25, 2009

_____

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Patricia D. Williams pleaded guilty to wire fraud, in violation of 18 U.S.C. § 1343. The district court[1] imposed a 30-month prison term, 3 years of supervised release, and restitution. On appeal, Williams's counsel has filed a brief under Anders v. California, 386 U.S. 738 (1967), seeking to withdraw and arguing that the prison sentence is unreasonable in light of Williams's specific characteristics.

_____

[1]The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.

We conclude that the 30-month sentence, which was at the bottom of the advisory Guidelines range, is not unreasonable. <u>See</u> <u>Rita v. United States</u>, 127 S. Ct. 2456, 2462 (2007); <u>United States v. Lincoln</u>, 413 F.3d 716, 717-18 (8th Cir. 2005). The district court expressly considered relevant factors under 18 U.S.C. § 3553(a), and nothing in the record suggests that the court misapplied those factors. <u>See</u> <u>United States v. Haack</u>, 403 F.3d 997, 1004 (8th Cir. 2005).

Having reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues. Accordingly, we affirm the district court's judgment, and we grant counsel leave to withdraw on condition that counsel inform appellant about the procedures for filing petitions for rehearing and for certiorari.

_____